# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| In Re: | § | |
| --- | --- | --- |
| | § | |
| **GARY ALAN CARRELL** | § | Case No. **19-41035** |
| | § | Chapter 13 |
| | § | |
| Debtor. | § | |

## NOTICE OF MORTGAGE PAYMENT CHANGE

**COMES NOW,** Linda B. Gore, Chapter 13 Trustee (Trustee), and, pursuant to paragraph number nine (#9) of the Confirmation Order, proposes to change the ongoing mortgage payments to BSI Financial which are being paid through the Trustee. The monthly mortgage payment shall change to **$491.55** beginning July, 2021. The plan payment and all other aspects of the plan shall remain unchanged. This notice <u>DOES NOT</u> cure any delinquency that may be owed to the Trustee.

Any party in interest wishing to oppose this *Notice of Mortgage Payment Change* must file a written objection and request for hearing to the change in the mortgage payment within twenty-one (21st) days from the date of service of this Notice. If no objection and request for hearing is filed, the change becomes effective on the twenty-second (22nd) day after the date of service on the Notice of Mortgage Payment Change.

Respectfully submitted this the 7th day of July, 2021.

LINDA B. GORE, ESQUIRE
CHAPTER 13 STANDING TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been duly served upon the debtor, Gary Carrell, 1109 Central Avenue, Gadsden, AL 35901 by US Mail; debtor attorney, Hon. John W Jennings, Jr., Esq., by electronic mail john@jenningsandmesser.com; BSI Financial Services, 1425 Greenway Drive, #400, Irving, TX 75038 by US Mail on this the 7th day of July, 2021.

LINDA B. GORE, ESQUIRE
CHAPTER 13 STANDING TRUSTEE
P.O. Box 1338
Gadsden, AL 35901
(256) 546-9262

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust

**Court claim no. (if known):** 1-1

**Last 4 digits of any number you use to identify the debtor's account:** 9 2 6 4

**Date of payment change:** 07/01/2021
Must be at least 21 days after date of this notice

**New total payment:** $ 491.55
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 98.99    New escrow payment: $ 92.76

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____